# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ROBERT JAMES RAGLAND

VERSUS

KATHERINE DIAMOND RAGLAND

NO.  2022 CW 0164

**MARCH 11, 2022**

---

In Re:   Katherine Diamond Ragland, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 209479.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT